AO245b (USDC-CT Rev. 9/07)

Page 1

UNITED STATES DISTRICT COURT
District of Connecticut

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | CASE NO. *3:07cr193 (PCD)* <br> USM NO: *18001-014* |
| JUAN A. RODRIGUEZ | *Michael S. McGarry* <br> Assistant United States Attorney |
| | *Paul F. Thomas* <br> Defendant's Attorney |

**THE DEFENDANT:** pleaded guilty to count **Two of the Indictment**

Accordingly the defendant is adjudicated guilty of the following offense:

| Title & Section | Nature of Offense | Offense Concluded | Count |
|---|---|---|---|
| Title 18 U.S.C. Section 1029(a)(2) and 2 | Credit Card Fraud | February 8, 2007 | 2 |

The following sentence is imposed pursuant to the Sentencing Reform Act of 1984. The sentence included an equivalent period of community confinement in lieu of incarceration as permitted for Zone B offenses. It maximizes defendant's opportunity to pay restitution and obtain further education/vocational training for job skills. It is the same sentence the Court would impose as a non-guideline sentence, all after full consideration of the guideline range and the factors specified in 18 U.S.C. § 3553a.

**PROBATION**
The defendant shall be placed on probation for a total term of **5 years**. The defendant shall be confined to a halfway house for a period of three (3) months. The defendant is to maintain employment during his confinement at the halfway house. The defendant shall be placed on home confinement with electronic monitoring for a period of three (3) months.

The Mandatory and Standard Conditions of Probation as attached, are imposed. In addition, the following Special Conditions are imposed:
 1. The defendant shall participate in a mental health counseling approved by the United States Probation Office (USPO). The defendant shall pay all, or a portion of the costs associated with the program based on his ability to pay, in an amount determined by the USPO.
 2. The defendant shall participate in a program approved by the USPO for educational and/or vocational training. The defendant shall pay all, or a portion of the costs associated with program based on his ability to pay, in an amount determined by the USPO.
 3. The defendant shall not incur new credit card charges or open additional lines of credit without the permission of the USPO until the defendant's criminal debt obligation is paid. The defendant shall provide the USPO with access to requested financial information.
 4. The Court waives the standard condition of drug testing for the defendant.

**CRIMINAL MONETARY PENALTIES**
The defendant must pay the total criminal monetary penalties under the schedule of payments as follows.

**Special Assessment:** $100.00 To be paid immediately.
**Fine:** No fine imposed.
**Restitution:** $4,075.00 to be paid to Banco BHD, SA, to be paid at a rate of no less that $50.00 a week.
$400.00 to be paid to Bank of America if deemed the amount has not been paid back.

Page 2

It is further ordered that the defendant will notify the United States Attorney for this district within 30 days of any change of name, residence or mailing address until all fines, restitution, costs and special assessments imposed by this judgment, are paid.

Count One of the Indictment is dismissed on motion of the United States.

**March 19, 2008**
Date of Imposition of Sentence

/s/_____
Peter C. Dorsey
United States District Judge
Date:   March 25, 2008

Judgment received by U.S. Marshal at _____ on _____.

Print name   _____

Signature   _____
Deputy Marshal

*CERTIFIED AS A TRUE COPY*
*ON THIS DATE _____*
*ROBIN D. TABORA, Clerk*
*BY: _____*
   *Deputy Clerk*

# CONDITIONS OF PROBATION

**In addition to the Standard Conditions listed below, the following indicated (■) Mandatory Conditions are imposed:**

## MANDATORY CONDITIONS

- ■ (1) The defendant shall not commit another federal, state or local offense;
- ☐ (2) For a felony, the defendant shall (A) make restitution, (B) give notice to victims of the offense pursuant to 18 U.S.C. section 3555, or (c) reside or refrain from residing, in a specified place or area, unless the court finds on the record that extraordinary circumstances exist that would make such a condition plainly unreasonable, in which event the court shall impose one or more of the discretionary conditions set forth under 18 U.S.C. section 3563(b);
- ☐ (3) The defendant shall not unlawfully possess a controlled substance;
- ☐ (4) For a domestic violence crime as defined in 18 U.S.C. section 3561(b) by a defendant convicted of such an offense for the first time, the defendant shall attend a public, private, or non-profit offender rehabilitation program that has been approved by the court, in consultation with a State Coalition Against Domestic Violence or other appropriate experts, if an approved program is available within a 50-mile radius of the legal residence of the defendant;
- ■ (5) The defendant shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release on probation and at least two periodic drug tests thereafter for use of a controlled substance;
- ■ (6) The defendant shall (A) make restitution in accordance with 18 U.S.C. sections 2248, 2259, 2264, 2327, 3663, 3663A, and 3664; and (B) pay the assessment imposed in accordance with 18 U.S.C. section 3013;
- ☐ (7) The defendant shall notify the court of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution, fines or special assessments;
- ☐ (8) If the court has imposed a fine, the defendant shall pay the fine or adhere to a court-established payment schedule;
- ☐ (9) A defendant convicted of a sexual offense as described in 18 U.S.C. sections 4042(c)(4) shall report the address where the defendant will reside and any subsequent change of residence to the probation officer responsible for supervision, and shall register as a sex offender in any State where the person resides, is employed, carries on a vocation, or is a student.
- ■ (10) The defendant shall cooperate in the collection of a DNA sample from the defendant.

**While on probation, the defendant also shall comply with all of the following Standard Conditions:**

## STANDARD CONDITIONS

(1) The defendant shall not leave the judicial district or other specified geographic area without the permission of the court or probation officer;
(2) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
(3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
(4) The defendant shall support the defendant's dependents and meet other family responsibilities (including, but not limited to, complying with the terms of any court order or administrative process pursuant to the law of a state, the District of Columbia, or any other possession or territory of the United States requiring payments by the defendant for the support and maintenance of any child or of a child and the parent with whom the child is living);
(5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
(6) The defendant shall notify the probation officer at least ten days prior to any change of residence or employment;
(7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician;
(8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered, or other places specified by the court;
(9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
(10) The defendant shall permit a probation officer to visit the defendant at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
(11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
(12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
(13) The defendant shall pay the special assessment imposed or adhere to a court-ordered installment schedule for the payment of the special assessment.

**Upon a finding of a violation of probation, I understand that the court may (1) revoke supervision <u>and impose a term of imprisonment</u>, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.**

**These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.**

**(Signed)** _____    _____
             **Defendant**                                  **Date**


_____    _____
**U.S. Probation Officer/Designated Witness**         **Date**